[No. 47079-5-I. Division One. June 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL WAYNE
MCKEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-10116-9, William L. Downing, J., entered
July 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47637-8-I. Division One. June 25, 2001.]

JACQUIE HYDE, *Appellant*, v. PIERCE COUNTY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-20455-2, Linda Lau, J., entered April 7,
2000. *Affirmed* by unpublished opinion per Becker, A.C.J.,
concurred in by Webster and Kennedy, JJ.

[No. 19566-0-III. Division Three. June 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE
KNISHKA, *Petitioner*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 00-1-00070-8, John E. Bridges, J., entered
August 25, 2000. *Affirmed* by unpublished per curiam
opinion.

[No. 19518-0-III. Division Three. June 28, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DANITA I. OGDEN,
*Respondent*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 00-1-00076-8, John M. Lyden, J., entered
August 7, 2000. *Reversed* by unpublished opinion per
Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.